ORDERED.

Dated: October 04, 2016

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:
MARIA PEREZ                                               Case No.: 9:15-bk-03389
SSN: XXX-XX-9957                                          Chapter 13
_____Debtor_____/

### AGREED ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO CLAIM NUMBER 4 OF CIT BANK, N.A. F/K/A ONEWEST BANK, N.A.

This case came before the Court for consideration of Debtor's Objection to Claim Number 4 of CIT Bank, N.A. f/k/a Onewest Bank, N.A. (the "**Objection**") [Doc. No. 32]; and by submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1. Debtor's  Objection is **SUSTAINED in part.**

1473305.1

2. CIT Bank, N.A.'s Proof of Claim No. 4 shall be allowed in the arrearage amount of $923.89.

3. CIT Bank, N.A.'s secured lien is based on a reverse mortgage and no regular mortgage payments are applicable, but the Debtor shall continue to maintain real estate taxes current outside the Chapter 13 plan, and maintain hazard and flood insurance, if applicable, on the property.

Submitted By:

Luis F. Navarro, Esq.
Navarro Hernandez, P.L.
*Attorney for Debtor(s)*
P.O. Box 34-7650
Coral Gables, FL 33234
Tel: 305-447-8707
Fax: 305-447-3187

*Luis F. Navarro, Esq., is directed to serve copies of this Order on the parties listed and file a Certificate of Service with the Clerk of the Court.*

1473305.1